DManibusan.IND

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR -2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

05-00019

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | **FELON IN POSSESSION OF A FIREARM** |
| DANNY PEREZ MANIBUSAN, ) | {18 U.S.C. §§ 922(g)(1) & 924(a)(2)} |
| Defendant. ) | |

THE GRAND JURY CHARGES:

On or about the 8th day of April 2003, in the District of Guam, the defendant, DANNY PEREZ MANIBUSAN, having been convicted in the Superior Court of Guam, Territory of Guam on or about August 20, 1991, of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a .223 caliber,

\\
\\
\\

-1-

semi-automatic Sturm Ruger, Model Ranch Rifle, serial number 188-08555, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED this ____ day of March, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

_____
JOSEPH F. WILSON
Criminal Chief