AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

US MARSHALS-GUAM RECEIVED
-2 MAR 2005 14 08 00

UNITED STATES OF AMERICA

V.

DANNY PEREZ MANIBUSAN

**WARRANT FOR ARREST**

Case Number: CR-05-00019

FILED
DISTRICT COURT OF GUAM
MAR 15 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DANNY PEREZ MANIBUSAN _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

FELON IN POSSESSION OF A FIREARM

in violation of Title __18__ United States Code, Section(s) __922(g)(1) & 924(a)(2)__

MARILYN B. ALCON
Name of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

3/2/2005
Date

Hagatna, Guam
Location

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

CHALAN PAGO, GUAM

| DATE RECEIVED 3-2-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-14-05 | FRANKLIN J. TAITAGUE S/DUSM | *Franklin J. Taitague S/DUSM* |

AO 442    (Rev. 10/03) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ DANNY PEREZ MANIBUSAN _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:

Case 1:05-cr-00019    Document 2    Filed 03/15/2005    Page 2 of 2