# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES - GENERAL

DISTRICT COURT OF GUAM
MAR 22 2005
MARY L.M. MORAN
CLERK OF COURT



**CASE NO. 05-00019**      **DATE: 03/22/2005**      **TIME: 1:43 p.m.**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded - RUN TIME: 1:43:46 - 1:45:10

Law Clerk: JUDITH HATTORI
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Benavente

***********************APPEARANCES***************************

**DEFT: DANNY PEREZ MANIBUSAN**     **ATTY: JOHN GORMAN**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.     (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: RUSS STODDARD**     **AGENT: KEN TORRES, A.T.F.**

**U.S. PROBATION: JOHN SAN NICOLAS**     **U.S. MARSHAL: J. SALAS & P. RABINA**

**INTERPRETER:** _____ ( ) SWORN    **LANGUAGE:** _____

**PROCEEDINGS:**     **DETENTION HEARING**

( ) MOTION(s) ARGUED BY ( ) GOVERNMENT ( ) DEFENDANT(s)
( ) MOTION(s) __Granted ___Denied ___Withdrawn ___ Under Advisement
( ) ORDER SUBMITTED ___Approved ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Defense informed the Court that he had nothing to offer at this time, however, he is working on a third party custodian release and reserved the right to file the appropriate pleadings.

The Court ordered continued detention of the defendant.

(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions- next page

Courtroom Deputy: _____