JOHN T. GORMAN  
Federal Public Defender  
District of Guam

KIM SAVO  
Assistant Federal Public Defender  
First Hawaiian Bank Building  
400 Route 8, Suite 501  
Mongmong, Guam 96910  
Telephone: (671) 472-7111  
Facsimile: (671) 472-7120

Attorney for Defendant  
DANNY PEREZ MANIBUSAN

FILED  
DISTRICT COURT OF GUAM  
APR 21 2005  
MARY L.M. MORAN  
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-05-00019 |
| | ) | |
| Plaintiff, | ) | NOTICE OF INTENT TO CHANGE PLEA |
| | ) | AND REQUEST FOR HEARING; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| DANNY PEREZ MANIBUSAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR HEARING

Defendant, Danny Perez Manibusan, by and through his attorney of record, Kim Savo, Assistant Federal Public Defender, hereby submits Notice of Intent to Change Plea From Not Guilty to Guilty. Defendant further requests that a hearing on said Change of Plea be scheduled for

a time and date convenient to the court.

DATED: Mongmong, Guam, April 20, 2005.

KIM SAVO
Attorney for Defendant
DANNY PEREZ MANIBUSAN

IT IS SO ORDERED that defendant be permitted to change his plea from not guilty to guilty on ___April 26___, ~~2004~~ 2005 at 9:30 am ~~p.m.~~

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
District Court of Guam



RECEIVED
APR 20 2005 ηρ
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on April 20, 2005:

Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam  96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, April 20, 2005.

_____
RENATE DOEHL
Legal Secretary to

KIM SAVO
Attorney for Defendant
DANNY PEREZ MANIBUSAN