# THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
APR 26 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00019        DATE: 4/26/2005         TIME: 9:36 a.m.

HON. JOAQUIN V. E. MANIBUSAN, Magistrate Judge       Law Clerk: Judith Hatton
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:36:35 - 9:51:03    CSO: J. McDonald

*********************** **APPEARANCES** ***********************

**DEFT:** DANNY PEREZ MANIBUSAN            **ATTY:** KIM SAVO
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.   ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK                  AGENT: HONG NGUYEN, ATF

U.S. PROBATION: JUDY OCAMPO                U.S. MARSHAL: G. PEREZ

INTERPRETER: _____  ( ) SWORN   LANGUAGE: _____

**PROCEEDINGS:         CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __44__  SCHOOL COMPLETED: __12TH grade, but did not complete__
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: FELON IN POSSESSION OF A FIREARM
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __AUGUST 2, 2005__ at __10:00 A.M.__ ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: __JUNE 28, 2005__
( ) PRELIMINARY EXAMINATION SET FOR: _____       USPO  ACKNOWLEDGED RECEIPT
( ) ARRAIGNMENT SET FOR: _____ at _____        By: ____
( ) TRIAL SET FOR: _____                         Date: 4/28/05

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Court received the written consent by defendant for change of plea before a magistrate judge.
Government moved for a pen and ink change in the Indictment, page 2, line 3; delete the "(3)" and
replace with "(1)". Defense had no objection to the change. Court Granted the change.
Defendant entered a straight up plea. Court executed the Report and Recommendation Concerning
Plea of Guilty.

Courtroom Deputy: ____