JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DANNY PEREZ MANIBUSAN

**FILED**
DISTRICT COURT OF GUAM
JUL 19 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 05-00019 |
| ) | |
| Plaintiff, ) | LETTERS IN SUPPORT RE |
| ) | SENTENCING |
| vs. ) | |
| ) | |
| DANNY PEREZ MANIBUSAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, DANNY PEREZ MANIBUSAN, by and through counsel, Kim Savo,

Assistant Federal Public Defender, respectfully submits the attached letters from family members

in support of sentencing.

DATED: Mongmong, Guam, July 18, 2005.

KIM SAVO
Attorney for Defendant
DANNY PEREZ MANIBUSAN

**ORIGINAL**

07/18/05

To whom it may concern:

I, Ignacio Q. Manibusan am writing in reguards to my son Danny Manibusan. As a father one can only imagine the heartache. It is very difficult not being able to speak or spend some time with my son. Danny has always been a quiet person and I've <u>never</u> known him to cause any harm to anyone. I kindly ask you to give my son Danny the opportunity to be that warm and caring brother, uncle, son, and friend everyone knows him as.

Thank-you,

(Ignacio Q. Manibusan)

*Ignacio Q. Mani——*

07/18/05

To whom it may concern:

I, Velma Santos am writing in reguards to my brother Danny Manibusan. Danny is an all around good guy. Even though we come from different mothers, he never let that stop him from getting to know me and my children. For as long as I can remember Danny has always been there for me lending a helping hand. He was always the first one at my side and the last one to leave. He is a hard-working man and can do just about anything. The one thing that I admire about my brother is that he is very kind and giving. He always puts other people before himself. I'm sure he meant no harm to anyone. Please give him a chance to prove to you and to anyone who thinks of him otherwise that he is indeed a good and caring person. We all are hoping and praying that you will give him the chance to be with the ones who love and care for him.

Thank-you,
V. Santos
(Velma Santos)

To whom it may concern,

This letter is in regards to Danny Manibusan. I've known Danny through-out my life. When people hear his name, they probably would say who cares he's just another ordinary guy.

When people meet him, they probably would just say Hi and bye. But let me tell you something about Danny. He is a man that can make friends easily. He is someone you can talk to and laugh with. He is someone you can depend on. The one thing that makes Danny different from anyother person, is he is a jack-of-all trades.

He can be a carpenter at one moment and then a plumber at the next moment. He's a man that can do things from start to finish, and doesn't give up.

I'm sure that Danny did not mean to cause any harm to others. I kindly urge you to give him a chance. A chance to start all over and be a better person for himself.

A chance to be with his family and friends all over again. Even though Danny did what he did there are people out here thinking of him in prayers.

Sincerly,
Jennifer Santos

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on July 19, 2005:

RUSSELL C. STODDARD
First Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


CARLEEN BORJA
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, July 19, 2005.

_____
RENATE DOEHL
Operations Administrator

KIM SAVO
Attorney for Defendant
DANNY PEREZ MANIBUSAN