# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### SENTENCING



**FILED**

DISTRICT COURT OF GUAM

AUG - 2 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. CR-05-00019**      **DATE: 08/02/2005**

********************************************************************************

**HON. CONSUELO B. MARSHALL, Designated Judge, Presiding**     Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles     Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 1:04:21 - 1:31:52**     CSO: J. McDonald

* * * * * * * * * * * * * * * * ** * * * * * *  **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: _DANNY PEREZ MANIBUSAN_**     **ATTY : _KIM SAVO_**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: FRED BLACK**     **AGENT:**

**U.S. PROBATION: CARLEEN BORJA**     **U.S. MARSHAL: J. CURRY**

**INTERPRETER:_____**    ( ) SWORN    **LANGUAGE: _____**

****************************************************************************************************

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE___GOVERNMENT ___ DEFENSE ___GRANTED
     COURT DEPARTS TO A LEVEL_____ FROM A LEVEL_____

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE     ___ GOVERNMENT ___ DEFENSE

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
     Base offense level:    14      Total offense level:    12     Criminal History Category:   II

     **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Argued for a split sentence of incarceration and home detention to include treatment for alcoholism.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Adopted the Probation Officer's recommendation.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

SENTENCE:   CR-05-00019                        DEFENDANT:   DANNY PEREZ MANIBUSAN

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM <u>OF 18 MONTHS WITH CREDIT FOR TIME SERVED (APPROXIMATELY 143 DAYS).</u>  WHILE IN PRISON, THE DEFENDANT SHALL PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM TO ADDRESS HIS ALCOHOLISM AND HE SHALL SUBMIT TO A PHYSICAL EXAMINATION TO INCLUDE A PSYCHOLOGICAL EVALUATION AND COMPLY WITH OTHER RECOMMENDATIONS AS DEEMED NECESSARY FOR MEDICAL PROBLEMS.  UPON COMPLETION OF DEFENDANT'S PHYSICAL EXAMINATION AND PSYCHOLOGICAL EVALUATION, THE BUREAU OF PRISONS SHALL FURNISH A COPY OF DEFENDANT'S MEDICAL EVALUATION AND TREATMENT PLAN TO THE U.S. DISTRICT COURT OF GUAM.  FURTHERMORE, THE DEFENDANT SHALL ALSO PARTICIPATE IN AN EDUCATION PROGRAM AND OBTAIN HIS HIGH SCHOOL DIPLOMA OR GENERAL EQUIVALENCY DIPLOMA (GED), AND PARTICIPATE IN ANY VOCATIONAL PROGRAMS AS APPROVED BY THE BUREAU OF PRISONS.

( X )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT <u>WASHINGTON, TEXAS AND NEW MEXICO.</u>

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF<u> THREE YEARS </u>.


THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1.   DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE AND LOCAL OFFENSE.

2.   DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

3.   DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

4.   DEFENDANT SHALL COOPERATE IN THE COLLECTION OF DNA AS DIRECTED BY THE U.S. PROBATION OFFICE.

5.   DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES AND SHALL SUBMIT TO ONE URINALYSIS TEST WITHIN 15 DAYS OF RELEASE FROM CUSTODY AND, TO TWO MORE URINALYSIS THEREAFTER.

6.   DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOL.

7.   DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR THE DETECTION SUBSTANCE ABUSE, WHICH MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL.

     IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID DURING THE PERIOD OF SUPERVISION.

     PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

     COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT ADVISED OF HIS APPEAL RIGHTS.  DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.