PROB 12A
(7/93)

*United States District Court*

for

*District of Guam*



FILED
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: **Danny Perez Manibusan**        Case Number: **CR 05-00019-001**

Name of Sentencing Judicial        Consuelo B. Marshall, Designated Judge

Date of Original Sentence:        August 2, 2005

Original Offense:        Felon in Possesion of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Original Sentence:        18 months with credit for time served, followed by a three year term of supervised release with conditions that he: comply with mandatory and standard conditions of supervised release; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the probation officer; refrain from the use of any and all alcohol; participate in substance abuse treatment and testing; and pay a $100 special assessment fee.

Type of Supervision: **Supervised Release**        Date Supervision Commenced: **July 5, 2006**

---

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Admitted use of alcohol (July 11, 2006) |
| 2. | Failure to submit to urinalysis (July 11, 2006) |

ORIGINAL

Danny Perez Manibusan was released from federal custody on July 5, 2006. He reported to the U.S. Probation Office on July 11, 2006 for a supervision orientation. As part of the orientation, Mr. Manibusan was subject to breathalyser and urinalysis. He tested .040% BAC on the breathalyser and was unable to provide a urine sample. Mr. Manibusan executed an admission form for drinking beer on July 10, 2006. He apologized for his violation and related that he has been struggling with alcoholism all his life. Regarding his inability to provide a urine sample, Mr. Manibusan claimed that he has a medical condition that prevents him from urinating frequently. He estimated that he urinated only once on July 11, 2006. Mr. Manibusan has no history of a urinary condition, however, he asked that he be able to report to the Guam Memorial Hospital to obtain verification as well as for treatment of this condition.

As this is Mr. Manibusan's first violation reported under supervision, the above information is submitted for the Court's information only, and no action is requested at this time. He has been referred for alcohol treatment and services will be expedited. Mr. Manibusan's adjustment under supervision will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:                                              Respectfully submitted,

CHRISTOPHER J. DUENAS                                     by: _____
Acting Chief U.S. Probation Officer                       ROBERT I. CARREON
                                                          U.S. Probation Officer
Date: 7/12/06                                             Date: 7/12/06

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐   Submit a Request for Modifying the Condition of Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

**RECEIVED**

JUL 1 3 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
Signature of Judicial Officer

7/17/2006
_____
Date