PROB 12B
(7/93)

# United States District Court

for

District of Guam

FILED
DISTRICT COURT OF GUAM
JAN 16 2007
MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Danny Perez Manibusan**        Case Number: **CR 05-00019-001**

Name of Sentencing Judicial Officer:    Honorable Consuelo B. Marshall

Date of Original Sentence:    August 2, 2005

Original Offense:    Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Original Sentence:    18 months with credit for time served, followed by a three year term of supervised release with conditions that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; refrain from the use of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; and pay a $100 special assessment fee. **Informational Report** filed on July 17, 2006 for use of alcohol and for failing to submit to urinalysis.

Type of Supervision: Supervised Release        Date Supervision: July 5, 2006

## PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total term _____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant shall perform 100 hours of community service at the direction of the U.S. Probation Office, as a sanction for noncompliance.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender
page 2

## CAUSE

On December 19, 2006, Danny Perez Manibusan reported to the U.S. Probation Office for a scheduled office visit. He was subjected to an alcohol test, which tested positive for use of alcohol (0.153%BAC). Mr. Manibusan executed an admission form, admitting to drinking six Budweiser beers during the evening of December 18, 2006. This is his second documented positive alcohol test since the commencement of supervision.

Except as otherwise outlined above, Mr. Manibusan has maintained compliance with his other conditions of supervision. He completed his urinalysis testing requirement on July 31, 2006, and had submitted to a DNA sample of his blood while in the custody of the Bureau of Prisons on May 8, 2006. He complies with his substance abuse counseling requirement, but has been regressed in the treatment program as a result of his positive alcohol test. In addition, he paid his $100 special assessment fee on December 1, 2006.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) to include the following:

> "The defendant shall perform 100 hours of community service at the direction of the U.S. Probation Office as a sanction for noncompliance."

Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Manibusan's consent to the modification. Mr. Manibusan has been warned of sanctions that could result with future violations. His compliance will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 1/9/07

Respectfully submitted,

by: JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: 9 January 2007

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
JAN 10 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

1-16-07.
Date

PROB 49
(3/89)

# United States District Court

District <u>Guam</u>

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall perform 100 hours of community service at the direction of the U.S. Probation Office as a sanction for noncompliance.

Witness _____  Signed _____
         U.S. Probation Officer                                Probationer or Supervised Releasee

12/19/06
Date