PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
MAR 12 2007
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of | **Danny Perez Manibusan** | Case **CR 05-00019-001** |

Name of Sentencing Judicial    Consuelo B. Marshall, Designated Judge

Date of Original Sentence:    August 2, 2005

Original Offense:    Felon in Possesion of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Original Sentence:    18 months with credit for time served, followed by a three year term of supervised release with conditions that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; refrain from the use of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; and pay a $100 special assessment fee. **Informational Report** filed on July 17, 2006 for use of alcohol and for failing to provide a urine sample for a drug test. **Modified** on January 16, 2007 to include 100 hours of community service as a sanction for a positive alcohol test.

Type of Supervision:    **Supervised Release**    Date Supervision Commenced:    **July 5, 2006**

---

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Shall not commit a federal, state, or local crime. [18 U.S.C. § 3583(d)] |

ORIGINAL

On February 2, 2007, this Officer conducted a records check with the Superior Court of Guam's Criminal Justice Information System (CJIS), which revealed that Mr. Manibusan had an outstanding warrant of arrest. On June 6, 2000, he was issued traffic citation number 1C00590716, for failing to stop within assured clear distance and for failing to have mandatory liability insurance. A total fine amount of $700 was issued for the citations. On September 25, 2000, a warrant of arrest was issued for Mr. Manibusan, after he failed to attend his required court hearing.

On February 12, 2007, this Officer met with Mr. Manibusan to address the outstanding warrant of arrest. He recalled the circumstances surrounding the traffic citation and indicated that he did not remember appearing at the Superior Court of Guam to resolve the citation. This Officer instructed Mr. Manibusan to report to the Superior Court of Guam's Traffic Division to address the outstanding warrant of arrest. On the same date, this Officer verified that Mr. Manibusan reported as instructed and was released on the condition that he perform 145 hours of community service in lieu of paying the traffic fine. He will perform his community service requirement at the Superior Court of Guam.

Mr. Manibusan completed his urinalysis testing requirement on July 31, 2006, and had submitted to a DNA sample of his blood while in the custody of the Bureau of Prisons on May 8, 2006. He complies with his substance abuse counseling requirement. In addition, he paid his $100 special assessment fee on December 1, 2006, and has been referred to the National Park Service to perform 100 hours of community service as a sanction for a positive alcohol test. (Report filed on January 16, 2007.)

This report is submitted for the Court's information only, and no action is requested at this time. Mr. Manibusan complied with this Officer's reporting instructions to resolve his outstanding warrant of arrest, which was for a June 2000 citation. His compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 3/1/07

Respectfully submitted,

by: JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: Feb. 27, 2007

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

RECEIVED
MAR - 1 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

3/12/07
Date