PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Danny Perez Manibusan**   Case Number: **CR 05-00019-001**

Name of Sentencing Judicial Officer:   Honorable Consuelo B. Marshall

Date of Original Sentence:   August 2, 2005

Original Offense:   Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Original Sentence:   18 months with credit for time served, followed by a three year term of supervised release with conditions that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; refrain from the use of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; and pay a $100 special assessment fee. **Informational Report filed on July 17, 2006** for use of alcohol and for failing to submit to urinalysis. **Modified on January 16, 2007** to include 100 hours of community service as a sanction for use of alcohol. **Informational Report filed on March 12, 2007** due to a Superior Court of Guam traffic warrant of arrest.

Type of Supervision:   Supervised Release        Date Supervision: July 5, 2006

---

### PETITIONING THE COURT

☐   To extend the term of supervision _____ years, for a total term _____ years.

☒   To modify the conditions of supervision as follows:

    The defendant shall perform an additional 150 hours of community service at the direction of the U.S. Probation Office, as a sanction for noncompliance.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                                                        page 2

CAUSE

On May 31, 2007, Danny Perez Manibusan reported to the U.S. Probation Office to submit his monthly supervision report. He was subjected to an alcohol test by U.S. Probation Officer Grace D. Flores, which tested positive for use of alcohol (0.166%BAC). Mr. Manibusan executed an admission form, admitting to drinking four cans of beer during the evening of May 30, 2007. On June 5, 2007, this Officer met with Mr. Manibusan to discuss his noncompliance with his no alcohol condition. This Officer advised him that drinking four cans of beer would not register 0.166% BAC on a breathalyser, more than twice the legal limit, especially if consumed the night before. However, he maintains that he only had four beers. This is his third documented positive alcohol test since the commencement of supervision.

Except as otherwise outlined above, Mr. Manibusan has maintained compliance with his other conditions of supervision. He completed his urinalysis testing requirement on July 31, 2006, and had submitted to a DNA sample of his blood while in the custody of the Bureau of Prisons on May 8, 2006. He complies with his substance abuse counseling requirement, but has been regressed in the treatment program as a result of his positive alcohol test. In addition, he paid his $100 special assessment fee on December 1, 2006, and completed 100 hours of community service as a sanction for a previous violation on March 15, 2007.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) to include the following:

> "The defendant shall perform an additional 150 hours of community service at the direction of the U.S. Probation Office as a sanction for noncompliance."

Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Manibusan's consent to the modification. Mr. Manibusan has been warned of sanctions that could result with future violations. His compliance will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:                                                                                      Respectfully submitted,

 /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

by:  /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date:   June 13, 2007                                                                              Date:   June 13, 2007

**THE COURT ORDERS**

☐ No Action.

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jun 14, 2007**