PROB 12B
(4/07)

# UNITED STATES DISTRICT COURT

for

District of Guam

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Danny Perez Manibusan**  Case Number: **CR 05-00019-001**

Name of Sentencing Judicial Officer: Honorable Consuelo B. Marshall

Date of Original Sentence: August 2, 2005

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Original Sentence: 18 months imprisonment with credit for time served, followed by a three year term of supervised release with conditions that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; refrain from the use of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; and pay a $100 special assessment fee. **Informational Report filed on July 17, 2006** for use of alcohol and for failing to submit to urinalysis. **Modified on January 16, 2007** to include 100 hours of community service as a sanction for use of alcohol. **Informational Report filed on March 12, 2007** due to a Superior Court of Guam traffic warrant of arrest. **Modified on June 14, 2007** to include 150 hours of community service as a sanction for use of alcohol. **Modified** on February 1, 2008 to include that he serve two days of intermittent confinement as a sanction for use of alcohol.

Type of Supervision: Supervised Release  Date Supervision  July 5, 2006

## PETITIONING THE COURT

☐ To extend the term of supervision ____ years, for a total term ____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant shall serve six (6) days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender
page 2

CAUSE

On April 7, 2008, at approximately 8:46 p.m., Danny Perez Manibusan was arrested by Guam Police Department Officer J.Lujan for the offenses of Theft of Property and Criminal Trespass. A review of Guam Police Department Police Report number 08-08978 revealed the following summary of the circumstances surrounding Mr. Manibusan's arrest.

> On April 7, 2008, at about 6:45 p.m., Guam Police Department officers J. Lujan and R. Perez responded to a burglary complaint at a ranch area on Chalan Paderon, Pago Bay, Guam. When officers arrived, they met with the owner of the property, Ms. Felicita Q. Quintanilla, who stated that she had arrived at the ranch location with her grandson at approximately 6:10 p.m. on the same date and observed a male individual, later identified as Danny Perez Manibusan, walking away from a make-shift wood and tin shelter on her property, holding two pails of paint and two bags of wild yams. She identified the individual as her nephew and neighbor, Manibusan, and called out for him to "stop." However, he ignored her requests and fled from the property with the items. Ms. Quintanilla's grandson retrieved the items, which were left under a banana tree by Manibusan. Ms. Quintanilla also reported to the officers that Mr. Manibusan is not allowed on her property.
>
> On the same date, at approximately 7:22 p.m., the officers met with Manibusan at his residence, which is walking distance from the Quintanilla ranch. Manibusan was seated at the entrance of his residence consuming a "Budweiser beer." Officer Lujan requested that Manibusan report to the Hagatna Precinct for further questioning. At the Hagatna Precinct, Manibusan was advised of his constitutional rights via custodial interrogation forms, which he acknowledged and waived. Manibusan denied entering or taking anything from the Quintanilla property. He verified that the Quintanilla family informed him that he is not allowed on their property. Manibusan was arrested for the above-mentioned charges and was released. He was given a citation and notice to appear, which requires him to appear at the Superior Court of Guam on March 25, 2009 for an initial appearance hearing.

On April 24, 2008, this Officer met with Manibusan to discuss the arrest and his compliance with his no alcohol condition. He accepted responsibility for his actions regarding the incident. In addition, he admitted that he consumed four cans of Budweiser beer on April 7, 2008. This is Manibusan's fifth documented instance of alcohol use since the commencement of supervision.

Except as otherwise outlined above, Mr. Manibusan has generally complied with his other conditions of supervision. He completed his urinalysis testing requirement on July 31, 2006, and had submitted to a DNA sample of his blood while in the custody of the Bureau of Prisons on May 8, 2006. He complies with his substance abuse counseling requirement, but has been regressed again in the treatment program as a result of his alcohol use. In addition, he paid his $100 special assessment fee on December 1, 2006, completed a total of 250 hours of community service on August 4, 2007, and completed a two-day term of intermittent confinement on March 31, 2008.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2), to include that "The defendant shall serve **six (6)** days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office." Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Manibusan's consent to the modification.

| Reviewed by: | Respectfully submitted, |
|---|---|
| /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader | by: /s/ JOHN W. SAN NICOLAS II<br>U.S. Probation Officer |
| Date: May 2, 2008 | Date: May 2, 2008 |

THE COURT ORDERS

[ ] No Action

[ ] The Extension of Supervision as Noted Above.

[X] The Modification of Conditions as Noted Above.

[ ] Other     Issuance of a:   [ ] Summons   [ ] Warrant

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 07, 2008